**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2161**

———————

WINFRED F. NICHOLSON,

Plaintiff - Appellant,

versus

VIRGINIA POWER,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-98-4213-WMN)

———————

Submitted:  October 21, 1999      Decided:  October 26, 1999

———————

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Winfred F. Nicholson, Appellant Pro Se. James Patrick Gillece, Jr.,
MCGUIRE, WOODS, BATTLE & BOOTHE, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Winfred F. Nicholson appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nicholson v. Virginia Power, No. CA-98-4213-WMN (D. Md. Aug. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2